# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Robert Charles Smith, | ) | |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hartman Walsh Industrial Services, f/n/a Hartman Walsh Painting Services; Basin Electric Power Cooperative, | ) ) ) ) | |
| | ) | Case No. 1:15-cv-094 |
| Defendants. | ) | |

___

The undersigned recuses himself from the above-entitled action.

**IT IS SO ORDERED.**

Dated this 13th day of July, 2015.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court