IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robert Charles Smith,<br><br>                      Plaintiff,<br><br>              -vs-<br><br>Hartman Walsh Painting Company,<br>Basic Electric Power Cooperative, and<br>Sargent & Lundy, LLC,<br><br>                      Defendants. | Case No. 1:15-cv-94<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends that Defendant Hartman Walsh Painting Company's ("Hartman") motion for injunctive relief[2] be denied and that Defendant Hartman's motion to strike[3] also be denied. No objections have been filed and the time for doing so has expired.

After reviewing the record and the magistrate judge's Report and Recommendation, the court finds the magistrate judge's analysis of the motions and recommendations for disposition are appropriate. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. Defendant Hartman's motion for injunctive relief and motion to strike are **DENIED**.

**IT IS SO ORDERED.**

Dated this 7th day of December, 2016.

                                                        */s/ Ralph R. Erickson*
                                                        Ralph R. Erickson, District Judge
                                                        United States District Court

---

[1] Doc. #134.

[2] Doc. #108.

[3] Doc. #125.